UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

IN RE:

MICHELLE MARIE DUNN BARLAS                                Chapter 7

    Debtor.                                    Bankruptcy No. 05-06861M

ORDER RE: CORRECTION TO ORDER
ON MOTION FOR VIOLATION OF STAY

    The order issued on May 18, 2006 on the motion of Michelle Barlas regarding violation of the automatic stay contained an error. On page 6, the first complete sentence stated "Jensen's motion should be denied." The sentence should have said "Barlas's motion should be denied.

    IT IS ORDERED that the order issued May 18, 2006 is amended so that the first full sentence on page 6 shall state: "Barlas's motion should be denied."

    DATED AND ENTERED   May 19, 2006

                                        William L. Edmonds, Bankruptcy Judge